**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: HORIZON CONSULTING GROUP, INC. | § | Case No. 10-52405 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 24, 2010. The undersigned trustee was appointed on November 24, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $         11,912.89

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 550.74 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 11,362.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/21/2011 and the deadline for filing governmental claims was 05/23/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,941.29. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,933.59, for a total compensation of $1,933.59.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $200.36, for total expenses of $200.36.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2013           By: /s/CHARLES J. MYLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-52405  
**Case Name:** HORIZON CONSULTING GROUP, INC.  

**Period Ending:** 08/09/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 11/24/10 (f)  
**§341(a) Meeting Date:** 01/10/11  
**Claims Bar Date:** 04/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at National Bank & Trust Compan<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 500.00 | 500.00 | | 0.00 | FA |
| 2 | Security Depsoit with Warehouse Landlord<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 1,180.00 | 1,180.00 | | 0.00 | FA |
| 3 | 2006 through 2010 Surveying Accounts Receivable<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 109,345.00 | 109,345.00 | | 450.00 | FA |
| 4 | 2000 Chevy 2500 Suburban LT - Survey Field Truck<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5 | 1999 GMC 2500 Suburban Survey Field Truck with 2<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 6 | 4 Desk (hand made by); 6 office chairs; 10 filin<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 500.00 | 500.00 | | 0.00 | FA |
| 7 | 4 Desktop Computers (2 HPs and 2 Emachines - app<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 2,560.00 | 2,560.00 | | 0.00 | FA |
| 8 | 1 Topcon GPS Unit (mid-1990s)<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9 | 2 Sokkia Total Stations for distance and angle m<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10 | 3 Contractor Levels<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 100.00 | 100.00 | | 0.00 | FA |
| 11 | 2 Topcon Handheld Field Collectors<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 200.00 | 200.00 | | 0.00 | FA |
| 12 | 3 Schoenstedt Magnetic Locators (approx. age 15 | 300.00 | 300.00 | | 0.00 | FA |

Case 10-52405    Doc 80    Filed 08/09/13    Entered 08/09/13 17:10:07    Desc Main
Document    Page 4 of 11

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52405
**Case Name:** HORIZON CONSULTING GROUP, INC.

**Trustee:** (330510) CHARLES J. MYLER
**Filed (f) or Converted (c):** 11/24/10 (f)
**§341(a) Meeting Date:** 01/10/11

**Period Ending:** 08/09/13

**Claims Bar Date:** 04/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 12 | | | | | |
| 13 | Types, Prisim Rods, Level Rods (6 in total)<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 300.00 | 300.00 | | 0.00 | FA |
| 14 | Assorted Field Construction Tools (hammers, pick<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 200.00 | 200.00 | | 0.00 | FA |
| 15 | Breach of Contract Claim in Case of Joseph Daher<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 16 | Funds to be turned over by debtor principal  (u)<br>Court ordered turnover of funds | Unknown | Unknown | | 10,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.39 | Unknown |
| 17 | Assets    Totals (Excluding unknown values) | **$220,985.00** | **$220,985.00** | | **$10,450.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is collecting funds from debtor principal after court ordered settlement  of adversary in amount of $13,000

get final tax return and no tax letter

**Initial Projected Date Of Final Report (TFR):**    September 30, 2011        **Current Projected Date Of Final Report (TFR):**    December 31, 2012

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-52405  
**Case Name:** HORIZON CONSULTING GROUP, INC.  
**Taxpayer ID #:** **-***3860  
**Period Ending:** 08/09/13

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/08/11 | | Marvin J. Vestuto | Payment of account receivable | 1121-000 | 187.50 | | 187.50 |
| 02/08/11 | | Juul H. Thompson, Attorney at Law | Payment of accounts receivable | 1121-000 | 1,100.00 | | 1,287.50 |
| 02/08/11 | | Frederick Lampley | Payment of account receivable | 1121-000 | 175.00 | | 1,462.50 |
| 02/28/11 | {3} | Perfect Cleaning Service Inc. | Payment of receivable | 1121-000 | 200.00 | | 1,662.50 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,662.51 |
| 04/26/11 | {3} | Mary Hayes (Rautio) | Payment of receivable | 1121-000 | 250.00 | | 1,912.51 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,912.52 |
| 05/04/11 | {16} | Horizon Surveying & Mapping LLC | First payment of court ordered turnover of funds | 1229-000 | 1,500.00 | | 3,412.52 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,412.54 |
| 06/17/11 | {16} | Horizon Surveing & Mapping | 2nd payment of court ordered turnover of funds | 1229-000 | 1,500.00 | | 4,912.54 |
| 06/17/11 | {16} | Horizon Surveying & Mapping | 3rd court ordered turnover of funds | 1229-000 | 1,500.00 | | 6,412.54 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,412.57 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,412.61 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.30 | 6,400.31 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,400.35 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,375.35 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,375.39 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,350.39 |
| 10/05/11 | {16} | John Salihoglu | Funds to be turned over per court over | 1229-000 | 1,500.00 | | 7,850.39 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,850.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,825.44 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,825.49 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,800.49 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,800.54 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,775.54 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,775.59 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,750.59 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,725.59 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,700.59 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,675.59 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,650.59 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,625.59 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,600.59 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,575.59 |
| 09/13/12 | {16} | Horizon Surveying & Mapping LLC | Payment on citation | 1229-000 | 800.00 | | 8,375.59 |
| 09/14/12 | {16} | Horizon Surveying & Mapping LLC | Payment on citation | 1229-000 | 1,200.00 | | 9,575.59 |
| | | | Subtotals : | | $9,912.89 | $337.30 | |

{} Asset reference(s)

Printed: 08/09/2013 05:07 PM   V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-52405  
**Case Name:** HORIZON CONSULTING GROUP, INC.

**Taxpayer ID #:** **-***3860  
**Period Ending:** 08/09/13

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-65 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/21/12 | {16} | Horizon Surveying and Mapping LLC | Deposit Return- NSF | 1229-000 | -1,200.00 | | 8,375.59 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,350.59 |
| 10/09/12 | {16} | Horizon Surveying and Mapping LLC | Payment on citation | 1141-000 | 1,200.00 | | 9,550.59 |
| 10/12/12 | {16} | John Salihoglu | Payment on citation | 1141-000 | 500.00 | | 10,050.59 |
| 10/12/12 | {16} | John Salihoglu | Payment on citation | 1141-000 | 500.00 | | 10,550.59 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,525.59 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,500.59 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,475.59 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033051088 20130103 | 9999-000 | | 10,475.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,912.89 | 10,912.89 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,475.59 | |
| | | | **Subtotal** | | 10,912.89 | 437.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,912.89** | **$437.30** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-52405 | **Trustee:** CHARLES J. MYLER (330510) |
| **Case Name:** HORIZON CONSULTING GROUP, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****719165 - Checking Account |
| **Taxpayer ID #:** **-***3860 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/09/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,475.59 | | 10,475.59 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.06 | 10,459.53 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.03 | 10,445.50 |
| 03/06/13 | {16} | Horizon Surveying & Mapping | Payment on citation | 1229-000 | 1,000.00 | | 11,445.50 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.57 | 11,429.93 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.53 | 11,412.40 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.96 | 11,395.44 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.29 | 11,380.15 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.00 | 11,362.15 |
| | | | **ACCOUNT TOTALS** | | 11,475.59 | 113.44 | **$11,362.15** |
| | | | Less: Bank Transfers | | 10,475.59 | 0.00 | |
| | | | **Subtotal** | | **1,000.00** | **113.44** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,000.00** | **$113.44** | |

Net Receipts : 11,912.89

Net Estate : $11,912.89

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******92-65** | 10,912.89 | 437.30 | 0.00 |
| **Checking # ****719165** | 1,000.00 | 113.44 | 11,362.15 |
| | $11,912.89 | $550.74 | $11,362.15 |

{} Asset reference(s)    Printed: 08/09/2013 05:07 PM    V.13.13

# Claims Proposed Distribution

### Case: 10-52405   HORIZON CONSULTING GROUP, INC.

**Case Balance:** $11,362.15   **Total Proposed Payment:** $11,362.15   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1S | Department of the Treasury | Secured | 114,988.99 | 3,000.00 | 0.00 | 3,000.00 | 3,000.00 | 8,362.15 |
|  | CHARLES J. MYLER <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 1,941.29 | 1,941.29 | 0.00 | 1,941.29 | 1,933.59 | 6,428.56 |
|  | Charles J. Myler <br> <2200-00   Trustee Expenses> | Admin Ch. 7 | 201.16 | 201.16 | 0.00 | 201.16 | 200.36 | 6,228.20 |
|  | Myler, Ruddy & McTavish <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 6,252.99 | 6,252.99 | 0.00 | 6,252.99 | 6,228.20 | 0.00 |
| 1P | Department of the Treasury | Priority | 5,885.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2P | Illinois Department of Employment Security | Priority | 969.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1U | Department of the Treasury | Unsecured | 2,137.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2U | Illinois Department of Employment Security | Unsecured | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | Joseph Daher | Unsecured | 85,606.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | DiVincenzo Schoenfield Swartzman <br> **Claim Memo:**   Withdrawn | Unsecured | 7,859.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | DiVincenzo Schoenfield Swartzman | Unsecured | 7,859.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | Jordan Law P.C. | Unsecured | 29,613.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **Total for Case 10-52405 :** |  | **$263,415.83** | **$11,395.44** | **$0.00** | **$11,395.44** | **$11,362.15** |  |

### CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $8,395.44 | $8,395.44 | $0.00 | $8,362.15 | 99.603475% |
| **Total Priority Claims :** | $6,855.38 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Secured Claims :** | $114,988.99 | $3,000.00 | $0.00 | $3,000.00 | 100.000000% |
| **Total Unsecured Claims :** | $133,176.02 | $0.00 | $0.00 | $0.00 | 0.000000% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-52405
Case Name: HORIZON CONSULTING GROUP, INC.
Trustee Name: CHARLES J. MYLER

**Balance on hand:** $ 11,362.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Department of the Treasury | 114,988.99 | 3,000.00 | 0.00 | 3,000.00 |

Total to be paid to secured creditors: $ 3,000.00
Remaining balance: $ 8,362.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 1,941.29 | 0.00 | 1,933.59 |
| Trustee, Expenses - Charles J. Myler | 201.16 | 0.00 | 200.36 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 6,252.99 | 0.00 | 6,228.20 |

Total to be paid for chapter 7 administration expenses: $ 8,362.15
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 2P | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 2U | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |
| 3 | Joseph Daher | 0.00 | 0.00 | 0.00 |
| 4 | DiVincenzo Schoenfield Swartzman | 0.00 | 0.00 | 0.00 |
| 5 | DiVincenzo Schoenfield Swartzman | 0.00 | 0.00 | 0.00 |
| 6 | Jordan Law P.C. | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**