UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HORIZON CONSULTING GROUP, INC.   § Case No. 10-52405
§
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 on 9/5/13 in Courtroom 240, United States Courthouse, 100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/09/2013   By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HORIZON CONSULTING GROUP, INC.    § Case No. 10-52405
                                         §
                                         §
Debtor(s)                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $ 11,912.89

*and approved disbursements of*               $    550.74

*leaving a balance on hand of* [1]            $ 11,362.15

**Balance on hand:**                          $ 11,362.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Department of the Treasury | 114,988.99 | 3,000.00 | 0.00 | 3,000.00 |

Total to be paid to secured creditors:   $  3,000.00
Remaining balance:                       $  8,362.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 1,941.29 | 0.00 | 1,933.59 |
| Trustee, Expenses - Charles J. Myler | 201.16 | 0.00 | 200.36 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 6,252.99 | 0.00 | 6,228.20 |

Total to be paid for chapter 7 administration expenses:   $  8,362.15
Remaining balance:                                        $      0.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 2P | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 2U | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |
| 3 | Joseph Daher | 0.00 | 0.00 | 0.00 |
| 4 | DiVincenzo Schoenfield Swartzman | 0.00 | 0.00 | 0.00 |
| 5 | DiVincenzo Schoenfield Swartzman | 0.00 | 0.00 | 0.00 |
| 6 | Jordan Law P.C. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:  $     0.00

Prepared By:  /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-52405-CAD
Horizon Consulting Group, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: lhuley      Page 1 of 2      Date Rcvd: Aug 12, 2013
     Form ID: pdf006      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2013.
```
db          +Horizon Consulting Group, Inc.,    44W540 Keslinger Road,    Elburn, IL 60119-9731
16465292    +Anthony S. DiVincenzo,    33 North LaSalle Street, Suite 2900,    Chicago, IL 60602-2665
16639601    +Charles Liss,    44W540 Keslinger Road,    Elburn IL 60119-9731
17165954    +DiVincenzo Schoenfield Swartzman,    Anthony S. DiVincenzo,    33 North LaSalle Street, Suite 2900,
              Chicago, Illinois 60602-2665
16966206    +Illinois Department of Employment Security,    33 South State Street 10th Floor,
              Chicago, Illinois 60603-2808
17166006    +Jordan Law P.C.,    Terrence M. Jordan,    33 North LaSalle Street, Suite 2900,
              Chicago, Illinois 60602-2665
16465293    +Joseph & Katina Daher,    c/o Peter Swan,    440 Central Avenue,    Highland Park, IL 60035-2688
17030237    +Joseph Daher,    1444 Sunnyside Ave,    Highland Park IL 60035-2842
16465294    +Peter Swan,    440 Central Avenue,    Highland Park, IL 60035-2688
16465295    +Terrence M. Jordan,    33 North LaSalle Street, Suite 2900,    Chicago, IL 60602-2665
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16639600     E-mail/Text: cio.bncmail@irs.gov Aug 13 2013 02:10:52     Department of the Treasury,
              Internal Revenue Service,    PO Box 7346,    Philadelphia PA  19101-7346
                                                                                              TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2013**      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: lhuley                Page 2 of 2              Date Rcvd: Aug 12, 2013
                               Form ID: pdf006             Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2013 at the address(es) listed below:

          Charles J Myler    candkmyler850@sbcglobal.net, IL57@ecfcbis.com
          Charles J Myler    on behalf of Trustee Charles J Myler cmyler@mrmlaw.com, kmyler@mrmlaw.com
          David L Wisniewski    on behalf of Debtor   Horizon Consulting Group, Inc. wlawpc@hotmail.com
          Eric M. Arredondo    on behalf of Creditor Anthony S. DiVincenzo
           e-arredondo2009@nlaw.northwestern.edu, eric@arredondopc.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard G Larsen    on behalf of Trustee Charles J Myler rlarsen@kleinstoddard.com,
           vmaurer@kleinstoddard.com

                                                                                                                               TOTAL: 6