# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: HORIZON CONSULTING GROUP, INC. | § | Case No. 10-52405 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $111,640.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $3,000.00 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $8,912.89 | |

3) Total gross receipts of $ 11,912.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,912.89 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $114,988.99 | $3,000.00 | $3,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,946.18 | 8,912.89 | 8,912.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,855.38 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 133,176.02 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $263,966.57 | $11,912.89 | $11,912.89 |

4)  This case was originally filed under Chapter 7 on November 24, 2010. The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/09/2013            By:  /s/CHARLES J. MYLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Payment of account receivable | 1121-000 | 362.50 |
| Payment of accounts receivable | 1121-000 | 1,100.00 |
| 2006 through 2010 Surveying Accounts Receivable | 1121-000 | 450.00 |
| Funds to be turned over by debtor principal | 1141-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.39 |
| **TOTAL GROSS RECEIPTS** | | **$11,912.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Department of the Treasury | 4110-000 | N/A | 114,988.99 | 3,000.00 | 3,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$114,988.99** | **$3,000.00** | **$3,000.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,941.29 | 1,933.59 | 1,933.59 |
| Charles J. Myler | 2200-000 | N/A | 201.16 | 200.36 | 200.36 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 6,252.99 | 6,228.20 | 6,228.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 12.30 | 12.30 | 12.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.06 | 16.06 | 16.06 |
| Rabobank, N.A. | 2600-000 | N/A | 14.03 | 14.03 | 14.03 |
| Rabobank, N.A. | 2600-000 | N/A | 15.57 | 15.57 | 15.57 |
| Rabobank, N.A. | 2600-000 | N/A | 17.53 | 17.53 | 17.53 |
| Rabobank, N.A. | 2600-000 | N/A | 16.96 | 16.96 | 16.96 |
| Rabobank, N.A. | 2600-000 | N/A | 15.29 | 15.29 | 15.29 |
| Rabobank, N.A. | 2600-000 | N/A | 18.00 | 18.00 | 18.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,946.18 | $8,912.89 | $8,912.89 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Department of the Treasury | 5800-000 | N/A | 5,885.47 | 0.00 | 0.00 |
| 2P | Illinois Department of Employment Security | 5800-000 | N/A | 969.91 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $6,855.38 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Department of the Treasury | 7100-000 | N/A | 2,137.47 | 0.00 | 0.00 |
| 2U | Illinois Department of Employment Security | 7100-000 | N/A | 100.00 | 0.00 | 0.00 |
| 3 | Joseph Daher | 7100-000 | N/A | 85,606.25 | 0.00 | 0.00 |
| 4 | DiVincenzo Schoenfield Swartzman | 7100-000 | N/A | 7,859.43 | 0.00 | 0.00 |
| 5 | DiVincenzo Schoenfield Swartzman | 7100-000 | N/A | 7,859.43 | 0.00 | 0.00 |
| 6 | Jordan Law P.C. | 7100-000 | N/A | 29,613.44 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $133,176.02 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-52405 | **Trustee:** (330510) CHARLES J. MYLER |
| **Case Name:** HORIZON CONSULTING GROUP, INC. | **Filed (f) or Converted (c):** 11/24/10 (f) |
| | **§341(a) Meeting Date:** 01/10/11 |
| **Period Ending:** 12/09/13 | **Claims Bar Date:** 04/21/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at National Bank & Trust Compan<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 500.00 | 500.00 | | 0.00 | FA |
| 2 | Security Depsoit with Warehouse Landlord<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 1,180.00 | 1,180.00 | | 0.00 | FA |
| 3 | 2006 through 2010 Surveying Accounts Receivable<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 109,345.00 | 109,345.00 | | 450.00 | FA |
| 4 | 2000 Chevy 2500 Suburban LT - Survey Field Truck<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5 | 1999 GMC 2500 Suburban Survey Field Truck with 2<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 6 | 4 Desk (hand made by); 6 office chairs; 10 filin<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 500.00 | 500.00 | | 0.00 | FA |
| 7 | 4 Desktop Computers (2 HPs and 2 Emachines - app<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 2,560.00 | 2,560.00 | | 0.00 | FA |
| 8 | 1 Topcon GPS Unit (mid-1990s)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9 | 2 Sokkia Total Stations for distance and angle m<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10 | 3 Contractor Levels<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 100.00 | 100.00 | | 0.00 | FA |
| 11 | 2 Topcon Handheld Field Collectors<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 200.00 | 200.00 | | 0.00 | FA |
| 12 | 3 Schoenstedt Magnetic Locators (approx. age 15 | 300.00 | 300.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-52405 | **Trustee:**  (330510)  CHARLES J. MYLER |
| **Case Name:**  HORIZON CONSULTING GROUP, INC. | **Filed (f) or Converted (c):**  11/24/10 (f) |
| | **§341(a) Meeting Date:**  01/10/11 |
| **Period Ending:** 12/09/13 | **Claims Bar Date:**  04/21/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>(Scheduled And Unscheduled (u) Property) | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property<br>Abandoned<br>OA=§554(a)** | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |
| | Orig. Asset Memo: Imported from original petition<br>Doc# 12 | | | | | |
| 13 | Types, Prisim Rods, Level Rods (6 in total)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 300.00 | 300.00 | | 0.00 | FA |
| 14 | Assorted Field Construction Tools (hammers, pick<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 200.00 | 200.00 | | 0.00 | FA |
| 15 | Breach of Contract Claim in Case of Joseph Daher<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 16 | Funds to be turned over by debtor principal  (u)<br>Court ordered turnover of funds | Unknown | Unknown | | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.39 | FA |
| 17 | **Assets**    **Totals** (Excluding unknown values) | **$220,985.00** | **$220,985.00** | | **$10,450.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final account mailed to US Trustee 10/15/13

get final tax return and no tax letter

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | September 30, 2011 | **Current Projected Date Of Final Report (TFR):** | August 20, 2013  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-52405
**Case Name:** HORIZON CONSULTING GROUP, INC.

**Taxpayer ID #:** **-***3860
**Period Ending:** 12/09/13

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-65 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/11 | | Marvin J. Vestuto | Payment of account receivable | 1121-000 | 187.50 | | 187.50 |
| 02/08/11 | | Juul H. Thompson, Attorney at Law | Payment of accounts receivable | 1121-000 | 1,100.00 | | 1,287.50 |
| 02/08/11 | | Frederick Lampley | Payment of account receivable | 1121-000 | 175.00 | | 1,462.50 |
| 02/28/11 | {3} | Perfect Cleaning Service Inc. | Payment of receivable | 1121-000 | 200.00 | | 1,662.50 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,662.51 |
| 04/26/11 | {3} | Mary Hayes (Rautio) | Payment of receivable | 1121-000 | 250.00 | | 1,912.51 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,912.52 |
| 05/04/11 | {16} | Horizon Surveying & Mapping LLC | First payment of court ordered turnover of funds | 1229-000 | 1,500.00 | | 3,412.52 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,412.54 |
| 06/17/11 | {16} | Horizon Surveing & Mapping | 2nd payment of court ordered turnover of funds | 1229-000 | 1,500.00 | | 4,912.54 |
| 06/17/11 | {16} | Horizon Surveying & Mapping | 3rd court ordered turnover of funds | 1229-000 | 1,500.00 | | 6,412.54 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,412.57 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,412.61 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.30 | 6,400.31 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,400.35 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,375.35 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,375.39 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,350.39 |
| 10/05/11 | {16} | John Salihoglu | Funds to be turned over per court order | 1229-000 | 1,500.00 | | 7,850.39 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,850.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,825.44 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,825.49 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,800.49 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,800.54 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,775.54 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,775.59 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,750.59 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,725.59 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,700.59 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,675.59 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,650.59 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,625.59 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,600.59 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,575.59 |
| 09/13/12 | {16} | Horizon Surveying & Mapping LLC | Payment on citation | 1229-000 | 800.00 | | 8,375.59 |
| 09/14/12 | {16} | Horizon Surveying & Mapping LLC | Payment on citation | 1229-000 | 1,200.00 | | 9,575.59 |

Subtotals :   $9,912.89   $337.30

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-52405 | **Trustee:** CHARLES J. MYLER (330510) |
| **Case Name:** HORIZON CONSULTING GROUP, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******92-65 - Checking Account |
| **Taxpayer ID #:** **-***3860 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/09/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/12 | {16} | Horizon Surveying and Mapping LLC | Deposit Return- NSF | 1229-000 | -1,200.00 | | 8,375.59 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,350.59 |
| 10/09/12 | {16} | Horizon Surveying and Mapping LLC | Payment on citation | 1141-000 | 1,200.00 | | 9,550.59 |
| 10/12/12 | {16} | John Salihoglu | Payment on citation | 1141-000 | 500.00 | | 10,050.59 |
| 10/12/12 | {16} | John Salihoglu | Payment on citation | 1141-000 | 500.00 | | 10,550.59 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,525.59 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,500.59 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,475.59 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033051088 20130103 | 9999-000 | | 10,475.59 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,912.89 | 10,912.89 | $0.00 |
| Less: Bank Transfers | 0.00 | 10,475.59 | |
| **Subtotal** | 10,912.89 | 437.30 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $10,912.89 | $437.30 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-52405 | **Trustee:** CHARLES J. MYLER (330510) |
| **Case Name:** HORIZON CONSULTING GROUP, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****719165 - Checking Account |
| **Taxpayer ID #:** **-***3860 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/09/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,475.59 | | 10,475.59 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.06 | 10,459.53 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.03 | 10,445.50 |
| 03/06/13 | {16} | Horizon Surveying & Mapping | Payment on citation | 1229-000 | 1,000.00 | | 11,445.50 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.57 | 11,429.93 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.53 | 11,412.40 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.96 | 11,395.44 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.29 | 11,380.15 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.00 | 11,362.15 |
| 09/09/13 | 11001 | Department of the Treasury | Dividend paid 100.00% on $3,000.00; Claim# 1S; Filed: $114,988.99; Reference: | 4110-000 | | 3,000.00 | 8,362.15 |
| 09/09/13 | 11002 | Charles J. Myler | Dividend paid 100.00% on $200.36, Trustee Expenses;  Reference: | 2200-000 | | 200.36 | 8,161.79 |
| 09/09/13 | 11003 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $6,228.20, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 6,228.20 | 1,933.59 |
| 09/09/13 | 11004 | CHARLES J. MYLER | Dividend paid 100.00% on $1,933.59, Trustee Compensation;  Reference: | 2100-000 | | 1,933.59 | 0.00 |

| | Receipts | Disbursements | Balances |
|---|---|---|---|
| **ACCOUNT TOTALS** | 11,475.59 | 11,475.59 | $0.00 |
| Less: Bank Transfers | 10,475.59 | 0.00 | |
| **Subtotal** | 1,000.00 | 11,475.59 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,000.00** | **$11,475.59** | |

| | |
|---|---|
| Net Receipts : | 11,912.89 |
| Net Estate : | $11,912.89 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******92-65** | 10,912.89 | 437.30 | 0.00 |
| **Checking # ****719165** | 1,000.00 | 11,475.59 | 0.00 |
| | $11,912.89 | $11,912.89 | $0.00 |